## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08-C-50138

KENNETH POLSON, PETITIONER
-VS-
MEGAN POLSON, RESPONDENT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KENNETH POLSON

| NAME (Type or print) |
|---|
| GEORGE P. HAMPILOS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ GEORGE P. HAMPILOS |

| FIRM |
|---|
| SCHIRGER, MONTELEONE & HAMPILOS, P.C. |

| STREET ADDRESS |
|---|
| 308 W. STATE ST. - SUITE 210 |

| CITY/STATE/ZIP |
|---|
| ROCKFORD, IL 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210622 | (815) 962-0044 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐