## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KENNETH POLSON, PETITIONER<br>-VS-<br>MEGAN POLSON, RESPONDENT | Case Number: 08-C-50138 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KENNETH POLSON

| | |
|---|---|
| **NAME** (Type or print)<br>STEPHEN M. LANGLEY | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ STEPHEN M. LANGLEY | |
| **FIRM**<br>SCHIRGER, MONTELEONE & HAMPILOS, P.C. | |
| **STREET ADDRESS**<br>308 W. STATE ST. - SUITE 210 | |
| **CITY/STATE/ZIP**<br>ROCKFORD, IL 61101 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6280430 | **TELEPHONE NUMBER**<br>(815) 962-0044 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |