08   C   50138

# F I L E D

JUL **1 7** 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# EXHIBIT A



# Western Australia

Registration Number
**025549X/2003**

# BIRTH CERTIFICATE

Births, Deaths and Marriages Registration Act

| CHILD | |
|---|---|
| Surname | Polson |
| Given Names | Robert Andrew |
| Date of Birth | 22 December 2003 at 02:46am |
| Place of Birth | St John of God Hospital, Subiaco, Western Australia |
| Sex | Male |

| MOTHER | |
|---|---|
| Surname | Polson |
| Given Names | Megan I |
| Maiden Surname | McConaughy |
| Usual Occupation | Student |
| Age or Date of Birth | 21 April 1975 |
| Place of Birth | Rockford, Illinois, United States of America |

| FATHER | |
|---|---|
| Surname | Polson |
| Given Names | Kenneth Andrew |
| Usual Occupation | Director |
| Age or Date of Birth | 4 October 1955 |
| Place of Birth | Lerwick, Shetland Isles, Scotland |

| PARENTS' MARRIAGE | |
|---|---|
| Date of Marriage | 8 December 2003 |
| Place of Marriage | Perth, Western Australia, Australia |

| PREVIOUS CHILDREN OF THE SAME PARENTS | -- |
|---|---|

| INFORMANT | |
|---|---|
| Name(s) | Megan I Polson<br>Kenneth Andrew Polson |
| Description | Parents |

Registered on 24 December 2003 by A Andersson

I certify that this is a true copy of particulars kept in the Registry of Births, Deaths and Marriages, Perth, Western Australia.

*A. Andersson*

**DATE** 29 December 2003   **Registrar of Births, Deaths and Marriages (Acting)**



NOTE: Any alteration of the substance of this certificate will render the document valueless. Any person attempting an alteration is liable to prosecution.

# EXHIBIT B

I, Kenneth Andrew Polson of 25 Jukes Way, Wembley, in the state of Western Australia, being duly sworn make oath and say as follows:

## History of Relationship

1. Megan and I met in Houston Texas, in September 2000. I was in the United States on a working visa.

2. We went for a holiday to the UK together and began living together at the end of May 2001 in apartment 302, 555 Butterfield Road, Houston, Texas.

3. We returned to Houston in June 2001. I continued working and Megan stayed at home and studied.

4. In December 2002 Megan had a miscarriage. Megan told me that she had suffered from depression in the past. She had previously had a baby girl with a former partner and given it up for adoption. This ordeal she said made her more depressed. We went to the doctor and Megan was prescribed pills to help but this didn't make the situation any better so she sought psychiatrist assistance. This did not help either.

5. At the beginning of 2003 a chance for a promotion arose within the company that I was working for, in Perth, Australia.

6. In March 2003, Megan and I came over to Perth for a visit to see what it was like. Whilst in Perth we hired a car and had a look around the suburbs and to see what houses were available.

7. On our return to Houston Megan found out she was pregnant.

8. I finished work in Houston in May 2003 and we went on a short holiday to London and Paris on our way to Perth.

9. We got married on the 8 December 2003 and around the same time moved into our rental home in Subiaco, a suburb close to the centre of Perth.

10. On the 22 December 2003 our son Robert Andrew Polson ('Bobby') was born.

## Arrangements for care of Bobby during the relationship

11. As I was working fulltime Megan stayed at home to look after Bobby. When I got home from work I would help care for Bobby.

12. I did nappy changing, feeding, would wake up and assist in the middle of the night. Every morning I woke when Bobby did, changed him and took him for a walk before I went to work. We spent the weekends together and I was the one that took him to play dates and birthday parties.

13. I consider myself to be a very 'hands on' Dad.

14. When Bobby was 2 ½ he went to day care 2 to 3 days a week. Megan thought that it would help his development, as he was an only child, to interact with other children.

1

**Parties intention to stay in Perth**

15. It was always our intention to get residency status in Australia. We never had any discussions about going back to the United States to live as I did not have residence status in the United States.

16. I hadn't applied for jobs anywhere else and Woodside, an oil exploration company in Australia had agreed to sponsor me.

17. We were both looking forward to getting our residency and had gone through all of the necessary checks and medicals.

18. In September 2005 we moved into a new rental property in West Leederville because our rental in Subiaco was sold.

19. In October 2004 Megan's mother Marilyn came to visit us. We all had a great time together showing her around Perth.

20. In July 2007 we were granted permanent residency status.

**Time spent away from Australia**

21. We have been on numerous family holidays together. In 2005 we went to the UK for 2 ½ weeks to visit my family. In 2006 we spent 10 days in Hawaii and Singapore with Megan's mother and step father.

22. In September 2007 we organised another family holiday. Due to my work commitments Megan and Bobby went to the United States to spend time with Megan's parents. I met up with them in London and we spent time with my family and friends.

23. Shortly after we returned from this holiday I had to go to Melbourne for the weekend for work. Megan and Bobby came with me. Megan really liked Melbourne and talked about us perhaps moving there as I had a job offer from a Melbourne based company.

**Circumstances of Megan's trip to the United States**

24. Megan told me that she had enjoyed the time she had spent with her family in September 2007. Whilst she was there her family had talked about organising a family reunion for Thanksgiving.

25. I was coming up to the end of my contract with Woodside so we decided that this would be a good time for Megan to go on holiday to see her family and a great opportunity for Bobby to meet his relatives in the United States.

26. The plan was Megan was going over there for a couple of months. It was arranged that I would meet up with Megan, Bobby and her family once I'd finished with Woodside and we would decide what job offers I would consider.

27. Megan and Bobby flew to the United States on the 16 November 2007 and stayed with her Mother in Polo, Northern Illinois.

28. I spoke to Megan and Bobby on the phone regularly and wasn't aware that anything was wrong until I received an email from Megan at the end of January 2008 saying she wanted a divorce.

2

29. I was at that time in the process of organising my flights out there to visit. This was delayed as my VISA card had to be cancelled and re issued because of fraudulent use. Megan and I emailed back and forth organising where we would go when I arrived in the United States.

30. I ended up meeting up with Megan and Bobby in Los Angeles at least four weeks later in early March 2008. We spent seven days together and went to Hollywood, Disney World and spent a final night in Redondo Beach.

31. This was a very emotional time for both of us. I didn't want our relationship to end. Throughout the visit I still thought I was part of Megan's future plans.

32. At the end of the visit I realised that Megan was not going to come back to Australia.

33. Before I left the United States Megan agreed to let me bring Bobby to Australia at the end of May 2008 so that he could spend the American summer school holidays with me.

34. As I had at no time agreed to Bobby going to live permanently in the United States I decided that once he was with me in Australia I would commence proceedings for the Family Court in Australia to decide where Bobby should live.

35. I realised that if I commenced proceedings on my return to Australia Megan wouldn't let Bobby come with me in May 2008 therefore I waited to take further action.

**Recent events**

36. I received an email from Diane Elliot from the Law Office of K.O. Johnson dated the 24 April 2008 which enclosed a copy of Petition for Dissolution of Marriage and Waiver of Appearance **annexed 'A'**.

37. On the 3 May 2008 I received another email from Diane Elliot from the Law Office of K.O. Johnson **annexed 'B'**.

38. I wasn't prepared to sign any papers or do anything about a divorce until Bobby was with me.

39. On the 15 May 2008 I received an email from Megan **annexed 'C'** confirming that I was flying into the United States on the 25 May 2008 to get Bobby and bring him to Australia and that she would bring Bobby to my hotel. She also confirms what type of clothes she will need to pack for Bobby, that she will pack his video games for the trip, if I require both of his passports and that she will print out his latest vaccinations from school.

40. On the 22 May 2008 I sent Megan my travel and hotel information and left for the United States.

41. I arrived in Chicago on Saturday the 24 May 2008. After checking in at the Crown Plaza I was approached by a thick set man. He came across to me and said Megan has some papers she wants you to have. I ignored him and he kept barracking at me. As I went to step into the elevators he threw the documents at my back and told me I had been served and had thirty days to respond.

42. I didn't pick up the papers and went straight up to my room and rang Megan. She didn't answer her mobile or the landline at the Mothers. She did answer when I used the hotel phone. When I asked her what was going on she was asked me to go

3

downtown to her lawyer's office. I refused. She also asked me to go downstairs and pick up the documents. I went downstairs but the documents weren't there.

43. I decided to go outside for a walk. The man from the hotel starting following and yelling at me. When I kept walking he started taking photos of me. I walked around the block and went back into the hotel through a side entrance. Whilst I was in my room someone rattled the door handle and the phone rang several times.

44. This experience rattled me and I ended up checking out of the hotel at 0500.

45. I managed to get back in contact with Megan and persuaded her to get her Mother to drive Bobby out to meet me in the foyer of the Hilton at the airport. We met in the foyer where we had something to eat and I played with Bobby for two hours before going into the airport and returning to Australia.

46. The only discussions Megan and I had during this time were about the legal papers she wanted me to sign. There were no discussions about the arrangements for Bobby.

47. I now feel the only reason Megan led me to believe Bobby would come back to Perth with me was so she could get me to sign the documents.

## Concerns about Bobby's welfare

48. Up until recently Megan had been living in Polo Illinois with her parents.

49. Megan has now moved to Southern Illinois. I wasn't aware of this move until the start of June 2008 when I rang to speak to Bobby and found out he was not there.

50. I now know that she is in Murphysboro about 12 miles from Carbondale. My only contact details I have for Megan and Bobby is her mobile number.

51. Megan is now living with Jeremy. Jeremy is someone that Megan had told me she had been in a relationship previously.

52. I am concerned about Megan and Bobby living with Jeremy because of what Megan had told me about him when we first met. In particularly the 'drug culture' she describe them as being apart of.

53. When I met Megan she was working as a stripper. She had told me that she used to dance nude for dollar tips and sometimes performed private dances and favours. I am worried that as she will do back to this as she is back in a relationship with Jeremy who used to be apart of this life and expose Bobby to it.

## Arrangements for Bobby's care in Australia

54. I have rented a new house which I am moving house on Saturday, 7 June 2008 to provide better facilities for Bobby as I had been led to believe he was coming to Australia to be with me. My new address will be 25 Jukes Way, Wembley. The house has three bedrooms and all the usual facilities including an enclosed garden.

55. I am currently not employed so I am able to travel.

56. I have possible work lined up were I plan to work three days a week. It is possible that some of this work can be done at home. This will enable me to be able to supervise Bobby myself. However if I'm not able to do so I have made the following arrangements.

4

57. I have made arrangements with Debbie Murphy, an independent child minder, who has completed a Certificate 2 in Childcare and Development at Wiklow Community College in Ireland in 2002/2003. Debbie also has a current National Police Clearance. Debbie is someone that I have known for a year and a half as she has done work for a friend of mine. She would look after Bobby one day a week

58. I have also arranged for Bobby to be enrolled in Mulberrytree DayCare Wembley.

59. I will be able to drop Bobby off in the morning and Debbie will collect in the afternoon.

60. I propose that Megan can spend as much time as she want with Bobby in Australia. I may be able to assist financially with the cost of Megan's flights to Perth.

**Proposed arrangements for Bobby's return**

61. I would be able to travel to the United States to collect Bobby and return with him to Perth.

62. I may be able to travel to the United States if necessary for any hearings related to this Application for the return of Bobby.

63. I would like the United States to attempt a voluntary return of Bobby to me.

**Proceedings in the United States**

64. **Annexed 'D'** is a Notice of Petition for Temporary Relief in the Circuit Court for the Fifteenth Judicial Circuit Ogle County, Illinios which only came to my attention on the 5 June 2008.

65. The court date is the 12 June 2008 at 9:00 am.

66. These are the only proceedings that I am aware of in the United States.

67. I am attempting to employ a lawyer in the United States to assist me in these proceedings.

SWORN by the said Deponent          )

in Perth

this 6 day of June 2008          )


Before me:

**JULIA JOHNSTON**
A legal practitioner who has held a practice
certificate for at least 2 years and who
holds a current practice certificate.


THIS AFFIDAVIT was prepared by Mark Calverley, Solicitor

JULIA JOHNSTON
A Commissioner of the Supreme Court
of Western Australia for taking Affidavits
5

# EXHIBIT C

# APPLICATION FOR THE RETURN OF A CHILD

## APPLICATION IN ACCORDANCE WITH THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION FOR THE RETURN OF A CHILD WRONGFULLY REMOVED OR RETAINED FROM AUSTRALIA

---

REQUESTING CENTRAL AUTHORITY       REQUESTED AUTHORITY: USA
OR APPLICANT: Australia

---

Concerns the following child  Robert Andrew Polson
who will attain the age of 16 on  22 October.  2019............

NOTE:  The following particulars should be completed insofar as possible.

I—IDENTITY OF THE CHILD AND ITS PARENTS

1  *Child*

| | |
|---|---|
| name and first names | Polson  Robert Andrew |
| date and place of birth | 22 December 2003 Subiaco Western Australia |
| habitual residence before removal or retention | 39 Coldstream Street West Leederville Western Australia |
| passport or identity card no., if any | British Passport 704935943 |
| description and photo, if possible (see annexes) | Photo annexed |

2  *Parents*

2.1  Mother:

| | |
|---|---|
| name and first names | Polson Megan I |
| date and place of birth | 21 April 1975 Rockford Illinois USA |
| nationality | USA |
| occupation | None |
| habitual residence | Since May 2003 Perth Western Australia |
| passport or identity card no., if any | US Passport 711605299 |

2.2    Father:

| | |
|---|---|
| name and first names | Polson Kenneth Andrew |
| date and place of birth | 4 October 1955, Lerwick, Shetland, Scotland |
| nationality | British |
| occupation | Marine Superintendent |
| habitual residence | 6/59 Troy Terrace Daglish WA |
| passport or identity card no., if any | UK Passport 500283554 |

2.3    Date and place of marriage

8 December 2003
District Registrars Office Perth


## II—REQUESTING INDIVIDUAL OR INSTITUTION
(who actually exercised custody before the removal or retention)

3    name and first names

Polson Kenneth Andrew

| | |
|---|---|
| nationality of individual applicant | British |
| occupation of individual applicant | Marine Superintendent |
| address | 6/50 Troy Terrace Daglish  WA  6008 |
| passport or identity card no., if any | UK Passport 500283554 |
| relation to the child | Father |
| name and address of legal adviser, if any | Calverley Johnston Lvl 12, 251 Adelaide Tce, Perth  WA  6000 |

## III—PLACE WHERE THE CHILD IS THOUGHT TO BE

### 4.1 Information concerning the person alleged to have removed or retained the child

| | |
|---|---|
| name and first names | Polson Megan I |
| date and place of birth, if known | 21 April 1975 Rockford Illinois |
| nationality, if known | USA |
| occupation | None |
| last known address | 11840E Buffalo, Polo, Illinois, USA |
| passport or identity card no., if any | US Passport 711605299 |
| description and photo, if possible (see annexes) | Photo annexed. Dark hair close to black, about 5 ft 10 inches tall, slim build |

**4.2 Address of the child**  11840E Buffalo, Polo, Illinois, USA

**4.3 Other persons who might be able to supply additional information relating to the whereabouts of the child**

Marilyn Fletcher, Grandmother

11840E Buffalo, Polo, Illinois, USA

+1 815 946 3427

## IV—TIME, PLACE, DATE AND CIRCUMSTANCES OF THE WRONGFUL REMOVAL OR RETENTION

On the 16 November 2007 the wife and child flew from Perth to the USA for an extended visit of three month to spend time with the wife's family. There was no suggestion that the marriage was over, or that the wife would not return to Perth.

On the 9 February 2008 the wife sent an email to the husband advising she wanted a divorce.

The husband went to the USA in March, discussions took place and the parties agreed that the husband would see the child in May and June 2008 in Perth.

The husband flew to the USA to collect the child on the 23 May 2008.

The wife refused to let the husband return to Perth with the child.

The husband has returned to Perth.

## V—FACTUAL OR LEGAL GROUNDS JUSTIFYING THE REQUEST

The child has lived in Australia all his life except for 3 holidays abroad: 2005: 2 ½ weeks in the UK; 2006: 10 days in Hawaii in Singapore; 2007: 2 wks in USA & UK.

The wife has lived in Australia since May 2003 apart from the above holidays.

The husband had regular care of the child in Australia.

The last time the husband saw the child was during his visit to the USA to return the child on the 23 May 2008.

The husband did not consent to the permanent removal of the child.

## VI—CIVIL PROCEEDINGS IN PROGRESS

None

## VII—CHILD IS TO BE RETURNED TO:

| | | |
|---|---|---|
| *a* | name and first names | Polson Kenneth Andrew. |
| | date and place of birth | 4 October 1955, Lerwick, Shetland, Scotland |
| | address | 6/59 Troy Terrace Daglish Western Australia |
| | telephone number | 0407 383 711 |
| *b* | proposed arrangements for return of the child | Husband would collect child from USA |

## VIII—OTHER REMARKS

The husband has concerns about the wife's ability to look after the child.

The wife has an alcohol abuse problem.

The wife has a past history of illicit drug use.

The wife suffers from depression, which can cause her to be anti-social.

The wife is not currently working to the husband's knowledge.

The wife has enrolled the child into a school in Illinois State, without the husband's consent.

IX—LIST OF DOCUMENTS ATTACHED*

Photo of Robert Andrew Polson

Photo of Megan I Polson

Birth Certificate of Robert Andrew Polson

Marriage Certificate of Kenneth Andrew Polson and Megan I McConaughy

Passport of Kenneth Andrew Polson and Robert Andrew Polson

Passport of Megan I Polson and Robert Andrew Polson

Birth Certificate of Megan I McConaughy

Birth Certificate of Kenneth Andrew Polson

Copy of Polo Preschool Admission form

Copy of Proof of School Dental Examination Form

I authorise the requested Central Authority and its agents to act on my behalf and to do all things reasonable and necessary in connection with this application.

Date....27ᵗʰ MAY 2008..................................................

Place.........PERTH WESTERN AUSTRALIA...

Signature and/or stamp of the requesting Central Authority or applicant

..............................................................................................

* e.g.  Certified copy of relevant decision or agreement concerning rights of custody or rights of access; certificate or affidavit as to the applicable law; information relating to the social background of the child; authorization empowering the Central Authority to act on behalf of applicant.







# Western Australia

## BIRTH CERTIFICATE

Births, Deaths and Marriages Registration Act

Registration Number
025549X/2003

| CHILD | |
|---|---|
| Surname | Polson |
| Given Names | Robert Andrew |
| Date of Birth | 22 December 2003 at 02:46am |
| Place of Birth | St John of God Hospital, Subiaco, Western Australia |
| Sex | Male |

| MOTHER | |
|---|---|
| Surname | Polson |
| Given Names | Megan I |
| Maiden Surname | McConaughy |
| Usual Occupation | Student |
| Age or Date of Birth | 21 April 1975 |
| Place of Birth | Rockford, Illinois, United States of America |

| FATHER | |
|---|---|
| Surname | Polson |
| Given Names | Kenneth Andrew |
| Usual Occupation | Director |
| Age or Date of Birth | 4 October 1955 |
| Place of Birth | Lerwick, Shetland Isles, Scotland |

| PARENTS' MARRIAGE | |
|---|---|
| Date of Marriage | 8 December 2003 |
| Place of Marriage | Perth, Western Australia, Australia |

| PREVIOUS CHILDREN OF THE SAME PARENTS | |
|---|---|

| INFORMANT | |
|---|---|
| Name(s) | Megan I Polson<br>Kenneth Andrew Polson |
| Description | Parents |

Registered on 24 December 2003 by A Andersson

I certify that this is a true copy of particulars kept in the Registry of Births, Deaths and Marriages, Perth, Western Australia.

A. Andersson

DATE 29 December 2003 Registrar of Births, Deaths and Marriages (Acting)



NOTE: Any alteration of the substance of this certificate will render the document valueless. Any person attempting an alteration is liable to prosecution.



# Western Australia

## MARRIAGE CERTIFICATE

Births, Deaths and Marriages Registration Act

| Registration Number |
|---|
| 009546W/2003 |

| **MARRIAGE** | |
|---|---|
| Date of Marriage | 8 December 2003 |
| Place of Marriage | District Registrar's Office, Perth, Western Australia |

| **BRIDEGROOM** | |
|---|---|
| Surname | Polson |
| Given Names | Kenneth Andrew |
| Usual Occupation | Director |
| Place of Residence | 91 Park Street, Subiaco, Western Australia |
| Marital Status | Never Validly Married |
| Date of Birth | 4 October 1955 |
| Place of Birth | Lerwick, Shetland Isles, Scotland |
| Father's Name | Andrew Arthur Polson (deceased) |
| Mother's Maiden Name | Eunice Goudie (deceased) |

| **BRIDE** | |
|---|---|
| Surname | McConaughy |
| Given Names | Megan I |
| Usual Occupation | Student |
| Place of Residence | 91 Park Street, Subiaco, Western Australia |
| Marital Status | Divorced 23 January 2002 |
| Date of Birth | 21 April 1975 |
| Place of Birth | Rockford, Illinois, United States of America |
| Father's Name | Mark Edwin McConaughy (deceased) |
| Mother's Maiden Name | Marilyn Joyce Irvin |

| **WITNESSES** | Michael Andrew Priestly<br>Caroline Dawn Murray |
|---|---|
| **RITES** | Civil Marriage |
| **CELEBRANT** | Phillip Neil Chapman |

Registered on 8 December 2003 by A Andersson

I certify that this is a true copy of particulars kept in the Registry of Births, Deaths and Marriages, Perth, Western Australia.

*R. Andersson*

DATE  28 May 2004    Registrar of Births, Deaths and Marriages (Acting)



NOTE: Any alteration of the substance of this certificate will render the document valueless. Any person attempting an alteration is liable to prosecution.







30

United Kingdom of Great Britain and Northern Ireland

Passport
Passeport

P        GBR

POLSON

ROBERT ANDREW

BRITISH CITIZEN

22 DEC/DÉC  03

M        SUBIACO, AUSTRALIA

09 JUN./JUIN 04.      F.C.O.

09 JUN./JUIN  09

THE HOLDER IS NOT
REQUIRED TO SIGN

704935943

27 AUG 2006
VISIT/P153

P<GBRPOLSON<<ROBERT<ANDREW<<<<<<<<<<<<<<<
7049359438GBR0312222M0906098<<<<<<<<<<<<<D6



USA

PASSPORT
PASSEPORT

POLSON

MEGAN

UNITED STATES OF AMERICA

21 APR 1975

F    ILLINOIS, U.S.A.

28 MAY 2007

28 MAY 2017

Department of State

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

P<USAPOLSON<<MEGAN<<<<<<<<<<<<<<<<<<<<<<<<<<<
7110529990USA7504219F1705287<<<<<<<<<<



AUSTRALIA VISA
CLASS BW RESIDENT S<<
SUB CLASS 856
CONDITIONS MIG.REGS SCHED.8

POLSON MEGAN

GRANTED ON JULY. MULTIPLE TRAVEL. MUST NOT ARRIVE AFTER OF JULY.
HOLDER(S) PERMITTED TO REMAIN IN AUSTRALIA
INDEFINITELY.

V807<5842751Z1POLSON<<MEGAN<<<<<<<<<<<<<<<<
711605299<<<<<USA<750421F<BW<856<<<<<<<<<<<<

# CERTIFICATION OF BIRTH REGISTRATION

STATE OF ILLINOIS, } ss.
Winnebago County,

I, PAUL P. GILL, County Clerk of said County, hereby certify that according to records on file in this office

## MEGAN I. MC CONAUGHY

(full name of child at birth)

Sex....FEMALE....was born....APRIL 21, 1975

(mo., day, yr.)

at....ROCKFORD....Winnebago County, Illinois.

(town or city)

Date of filing....APRIL 23, 1975

(month, day, year)

File Number....R-505-I-1555

State File No....112-75-033206

In Witness Whereof, the seal of the Clerk of the County of Winnebago, State of Illinois, has been affixed hereto this 17TH day of....APRIL....A. D. 19 80

*Paul P. Gill*

County Clerk.

*Susan Weber*

By Deputy Clerk.

(Seal)

FIDLAR & CHAMBERS CO., MOLINE, ILLINOIS.



1861 — 1965

## Extract of an entry in a REGISTER of BIRTHS

Registration of Births, Deaths and Marriages (Scotland) Act 1965

017769

| No. | 1 Name and surname | 2 When and where born | | 3 Sex | 4 Name, surname, and rank or profession of father. Name, and maiden surname of mother. Date and place of marriage | 5 Signature and qualification of informant, and residence, if out of the house in which the birth occurred | 6 When and where registered and signature of registrar |
|---|---|---|---|---|---|---|---|
| 200 | Andrew Kenneth POLSON | October 1955 Fourth 6h 15m a.m. Maternity Hospital Midgarth Lerwick | | M | Andrew Arthur Polson Motor Lorry Driver Usual Residence: Veensgarth Tingwall Eunice Margaret Grace Polson m.s. Goudie 1954 September 23rd Dunfermline | Signed Andrew A. Polson Father At Lerwick | 1955 October 24th At Lerwick Signed James J White Asst. Registrar (Initd) J.W.I. Rgsr. |

The above particulars are extracted from a Register of Births for the .......................... District .......... of .............................. Lerwick

in the ..................................... County .......... of ..................................... Zetland

Given under the Seal of the General Register Office, New Register House, Edinburgh, on 16th July 1986

The above particulars incorporate any subsequent corrections or amendments to the original entry made with the authority of the Registrar General.

Warning

It is an offence under section 53(3) of the Registration of Births, Deaths and Marriages (Scotland) Act 1965 for any person to pass as genuine any copy or reproduction of this extract which has not been made by the General Register Office and authenticated by the seal of that Office.

Any person who falsifies or forges any of the particulars on this extract or knowingly uses, gives or sends as genuine any false or forged extract is liable to prosecution under section 53(1) of the said Act.

RX8 5(17)

## Polo Preschool Admission/Consent Form

Admitted _____
Discharged _____

Name _POLSON_____ _ROBERT_____     Sex _M_
         (last)                    (first)

Days/Times Attending _Monday, Wednesday   12:30—3_
Address _11840 E. Buffalo, Polo_  Phone # _(815)946-3427_ Birthdate _12-22-03_
Place of Birth _Subiaco, WA, Australia_  Marital Status of Parents _Married_

Father _Polson, Kenneth_
Address _6159 Troy Terrace, Daglish, WA_  Phone # _(08) 9388-3271_
                (if different from above)    Australia              (if different from above)
Employer _____ N/A _____
Employer's Address _____  Hours _____
                                        Employer's Phone # _____

Mother _Polson, Megan_
Address _____
                (if different from above)          Phone # _mobile# (815) 441-978_
Employer _____ N/A _____         (if different from above)
Employer's Address _____  Hours _____
                                        Employer's Phone # _____

In case of illness or emergency, list who we may contact if parents cannot be reached. _mobile# (815) 718-0a_
1. Name _Marilyn and Bricker Fletcher_              Phone # _work# (815) 625-731_
   Address _11840 E. Buffalo_  Relationship to Child _Grandparents_  ext. 20
2. Name _Molly and Thomas Lust_              Phone # _mobile# (815) 973-97_
   Address _11810 E. Buffalo_  Relationship to Child _Aunt and Uncle_

Please list authorized adults to pick up your child at preschool.

| Name | Relationship to Child | Phone # | Address |
|------|----------------------|---------|---------|
| 1. Marilyn Fletcher | Grandmother | (815)946-3427 | 11840 E. Buffalo, Polo |
| 2. Bricker Fletcher | Grandfather | (815)946-3427 | 11840 E. Buffalo, Polo |
| 3. Thomas Lust | Uncle | (815)946-2857 | 11810 E. Buffalo, Polo |

Brothers/Sisters and Ages _none_
Physician _Robert A. Bates_ Address _405 Charles Ave, Mt. Morris_ Phone # _(815) 734-60_
Health/Special Needs of Child _none_
Does your child show a preference to right or left hand? _____

I hereby authorize Polo Community Preschool to secure emergency medical care for my child when I cannot be immediately reached at the time of the emergency. I will also be responsible for emergency medical charges.
Please take my child to _Nearest_ Hospital. _M.P._ (initial for approval)
I give permission for my child to take supervised visits, trips, and excursions off the school premises. _M.P._
                                                                                        (initial)
I give my permission for photographs to be taken and to occasionally be used for publicity purposes. _M.P._
                                                                                        (initial)

Signature of Parent/Guardian _Megan Polson_
Relationship to Child _Mother_                           Date _Jan. 7, 2008_

# Illinois Department of Public Health
## PROOF OF SCHOOL DENTAL EXAMINATION FORM



To be completed by the parent (please print):

| Student's Name | Last | First | Middle | Birth Date |
|---|---|---|---|---|
| | Polson | Robert | Andrew | 12-22-03 |

| Address | Street | City | ZIP Code | Telephone |
|---|---|---|---|---|
| | 516 Lucier St. | Murphysboro | 62966 | (618) 201-8441 |

| Name of School | Grade Level | Gender |
|---|---|---|
| Murphysboro Christian Academy | K-4 | ☒ Male ☐ Female |

| Parent or Guardian | Address (of parent/guardian) |
|---|---|
| Megan Polson | 516 Lucier St, Murphysboro |

To be completed by dentist:

Oral Health Status (check all that apply)

☐ Yes ☒ No    Dental Sealants Present

☐ Yes ☒ No    Caries Experience / Restoration History — A filling (temporary/permanent) OR a tooth that is missing because extracted as a result of caries OR missing permanent 1st molars.

☐ Yes ☒ No    Untreated Caries — At least 1/2 mm of tooth structure loss at the enamel surface. Brown to dark-brown coloration of the walls of the lesion. These criteria apply to pit and fissure cavitated lesions as well as those on smooth tooth surfaces and the root, assume that the whole tooth was destroyed by caries. Broken or chipped teeth, plus teeth with temporary fillings are not to be read as sound unless a cavitated lesion is also present.

☐ Yes ☒ No    Soft Tissue Pathology

☐ Yes ☒ No    Malocclusion

Treatment Needs (check all that apply)

☐  Urgent Treatment — abscess, nerve exposure, advanced disease state, signs or symptoms that include pain, infection, or swelling

☐  Restorative Care — amalgams, composites, crowns, etc.

☒  Preventive Care — sealants, fluoride treatment, prophylaxis    6 month Recall

☐  Other — periodontal, orthodontic

Please note _____

Signature of Dentist _____    Date 4-2-08

Address 815 N. Galena Ave Dixon 61021    Telephone (815) 285-1418

Illinois Department of Public Health, Division of Oral Health
217-785-4899 · TTY (hearing impaired use only) 800-547-0466 · www.idph.state.il.us
Printed by Authority of the State of Illinois
P.O.1348085   5M   10/05