# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50138 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Polson vs. Polson | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for an expedited hearing is denied without prejudice based on record showing that the defendant received no notice of the motion and was not served with the complaint. Plaintiff is ordered to submit a memorandum by August 11, 2008 showing why the case should not be dismissed or transferred for lack of jurisdiction based on the allegation that the child resided in Murphysboro, Illinois, at the time plaintiff filed his petition. Jurisdiction appears to be proper in the Southern District of Illinois rather than in this court.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | /sec |
|---|---|---|