AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

KENNETH POLSON, PETITIONER

V.

MEGAN POLSON, RESPONDENT

| | |
|---|---|
| CASE NUMBER: | 08-CV-50138 |
| ASSIGNED JUDGE: | REINHARD |
| DESIGNATED MAGISTRATE JUDGE: | MAHONEY |

TO: (Name and address of Defendant)

MEGAN POLSON
443 NORTH STREET
MURPHYSBORO, IL 62966

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE P. HAMPILOS, ESQ.
SCHIRGER, MONTELEONE & HAMPILOS, P.C.
308 W. STATE ST. - SUITE 210
ROCKFORD, IL 61101
(815) 962-0044

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

7-11-08
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　Date　　　　　　　　　　*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| KENNETH POLSON, | ) | |
| | ) | |
| Petitioner, | ) | **CASE NO. 08–cv–50138** |
| | ) | |
| –vs– | ) | |
| | ) | **ASSIGNED JUDGE: REINHARD** |
| MEGAN POLSON, | ) | |
| | ) | |
| Respondent. | ) | **MAG. JUDGE: MAHONEY** |

## WAIVER OF FORMAL SERVICE OF
## PROCESS and ACCEPTANCE OF SUMMONS

I, Diane Elliott, attorney for Megan Polson, do hereby accept the Summons and

Complaint in the above case on behalf of the Respondent, doing so with express authority from

Ms. Polson, and thereby waiving Ms. Polson's right to formal service of process.

**DATED: JULY 15, 2008.**

MEGAN POLSON, Respondent
by Diane Elliott, Esq.

By: *Diane E. Elliott*

Diane Elliott, Esq.

Stephen M. Langley – ARDC # 6280430
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 W. State St. – Suite 210
Rockford, IL 61101
(815) 962-0044 (phone)
(815) 962-6250 (fax)