IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH POLSON, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 08–cv–50138 |
| | ) | |
| –vs– | ) | |
| | ) | ASSIGNED JUDGE: REINHARD |
| MEGAN POLSON, | ) | |
| | ) | |
| Respondent. | ) | MAG. JUDGE: MAHONEY |

## RENEWED MOTION FOR EXPEDITED HEARING ON HAGUE PETITION FILED PURSUANT TO 42 U.S.C. § 11601

　　NOW COMES the Petitioner, KENNETH POLSON, by and through his attorneys, Schirger, Monteleone & Hampilos, P.C., and in support of his Renewed Request for an Expedited Hearing before the District Court, states as follows:

　　1.　The Petitioner, a resident of Australia, has filed a Hague Petition, pursuant to 42 U.S.C. § 11601, in which he has alleged that the Respondent has wrongfully retained the parties' minor child, Robert, in the United States.

　　2.　The Petition seeks an order from the District Court directing return of Robert to Australia so that the issue of custody relating to Robert can be properly determined by Australian family court.

　　3.　Pursuant to the goals and objectives of the Hague Convention on the Civil Aspects of International Child Abduction, such petitions are to be heard in a timely fashion to ensure the "prompt" return of wrongfully removed and/or retained children.

　　WHEREFORE, the Petitioner, KENNETH POLSON, respectfully requests that this Court set the Petition for an Expedited hearing.

**DATED: JULY 23, 2008.**

　　　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　　　　　　　Kenneth Polson, Petitioner

　　　　　　　　　　　　　　　　　　　　　　　By:　　　/S/　　Stephen M. Langley

Stephen M. Langley – ARDC # 6280430
**Schirger, Monteleone & Hampilos, P.C.**
308 W. State St. – Suite 210
Rockford, IL 61101
(815) 962-0044