**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| KENNETH POLSON, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 08–cv–50138 |
| | ) | |
| –vs– | ) | |
| | ) | ASSIGNED JUDGE: REINHARD |
| MEGAN POLSON, | ) | |
| | ) | |
| Respondent. | ) | MAG. JUDGE: MAHONEY |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 16, 2008,** I filed a **Motion for Expedited Hearing** in the above matter, a copy of which is attached.

RESPECTFULLY SUBMITTED,
Kenneth Polson, Respondent

By:_____/s/_____
Stephen M. Langley, Esq.

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I have given notice of the above **Motion** to:

Diane E. Elliott, Esq.
**LAW OFFICE OF K.O. JOHNSON**
901 N. First St.
Dekalb, IL 60115

by facsimile @ (815) 758-3299 and by First Class U.S. Mail on **July 23, 2008.**

By:_____/s/_____
Stephen M. Langley, Esq

Stephen M. Langley – ARDC # 6280430
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 W. State St. – Suite 210
Rockford, IL 61101
(815) 962-0044 [phone]
(815) 962-6250 [fax]