## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50138 | **DATE** | 7/24/2008 |
| **CASE TITLE** |  | Polson vs. Polson | |

**DOCKET ENTRY TEXT:**

By order dated 7/21/2008, the court ordered plaintiff to submit a memorandum showing why the case should not be dismissed or transferred for lack of jurisdiction. Plaintiff filed a memorandum discussing only the general federal venue statute 28 U.S.C. § 1391 (b) rather than the specific jurisdictional provision of 42 U.S.C. § 11603 (b) which names a court "authorized to exercise its jurisdiction in the place where the child is located at the time the petition is filed" as the place for filing the petition. On or before 8/1/2008 each party shall file a memorandum arguing why the child is "located" within the jurisdiction of this court or not so "located" and citing authority for its position. The court will then determine whether it has jurisdiction and set a hearing on the merits if appropriate.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | |
|---|---|---|