IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **KENNETH A. POLSON** | ) | |
| | ) | CASE NO: 08-C-50138 |
| vs. | ) | |
| | ) | ASSIGNED JUDGE: REINHARD |
| **MEGAN I. POLSON,** | ) | |
| | ) | MAG. JUDGE: MAHONEY |
| Respondent. | ) | |

## NOTICE OF FILING APPEARANCE

TO:   Stephen M. Langley
Schriger, Monteleone & Hampilos, P.C.
308 West State Street - Suite 210
Rockford, IL 61101

**NOTICE IS HEREBY GIVEN** that on August 1, 2008, I filed the attached *Appearance* in the Office of the Clerk of the U.S. Bankruptcy Court, U.S. Bankruptcy Court for the Northern District of Illinois, Western Division, at the Federal Building, 211 S. Court Street, Rockford, IL 61101
.

Dated: August 1, 2008              s//Diane E. Elliott
                                             K.O. Johnson/Diane E. Elliott, Attorney at Law


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the individuals above/attorneys of record of all parties to above cause as indicated by e-mail OR alternatively by enclosing the same in an envelope addressed to such individual's/attorney's business address disclosed by the pleadings of record with postage fully prepaid, and by depositing said envelope in the U.S. Post Office Mail Box in DeKalb, Illinois, prior to 5:00 p.m. on August 1, 2008.


K.O. Johnson, IL Attorney No: 6237386              s//Diane E. Elliott
Diane E. Elliott, IL Attorney No: 6286100
Law Office of K.O. Johnson
901 N. First Street
DeKalb, IL  60115
(815) 756-4529

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**KENNETH A. POLSON**           )
                                )    **CASE NO: 08-C-50138**
vs.                             )
                                )    **ASSIGNED JUDGE: REINHARD**
**MEGAN I. POLSON,**            )
                                )    **MAG. JUDGE: MAHONEY**
   Respondent.                  )

## APPEARANCE

I HEREBY ENTER THE APPEARANCE OF:
    MEGAN I. POLSON, DEFENDANT,

AND MY OWN AS:
    Regular Counsel

AND AS HER COUNSEL IN THE ABOVE ENTITLED CASE.


Dated: August 1, 2008               s// Diane E. Elliott
                                        K.O. Johnson/Diane E. Elliott, Attorney at Law


K.O. Johnson, IL Attorney No: 6237386
Diane E. Elliott, IL Attorney No: 6286100
Law Office of K.O. Johnson
901 N. First Street
DeKalb, IL  60115
(815) 756-4529