**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

KENNETH POLSON,                    )
        Petitioner,              )        **CASE NO. 08–cv–50138**
                      )
–vs–                               )
                      )        **ASSIGNED JUDGE: REINHARD**
MEGAN POLSON,                      )
        Respondent.            )        **MAG. JUDGE: MAHONEY**

## MOTION FOR EXTENSION OF TIME

    NOW COMES the Petitioner, KENNETH POLSON, by and through his attorneys, Schirger, Monteleone & Hampilos, P.C., and in support of his Motion for Extension of Time, states as follows:

    1.    The District Court ordered the parties to submit a memorandum of law regarding the issue of where a child is "located" at the time a Hague Petition is filed.  42 U.S.C. § 11603.

    2.    Counsel for the Petitioner is attempting to confer with his client, a resident of Australia, to determine whether he should continue to pursue the petition in the N.D. Ill. or whether he should file a motion to transfer the case to the S.D. Ill., where the child at issue is currently located; however, because of the 13 hour time difference between the countries, and other factors, this has been difficult, and an informed decision has not yet been made by the Petitioner.

    3.    A 14 day extension would be fair and equitable under the circumstances, and would not be prejudicial to the Respondent.

    WHEREFORE, the Petitioner, KENNETH POLSON, respectfully requests that this Court grant the Petitioner's Motion for Extension of Time, and grant him another 14 days to submit the requested memorandum, or to take other appropriate action.

**DATED: AUGUST 1, 2008.**

                                   RESPECTFULLY SUBMITTED,
                                   Kenneth Polson, Petitioner

                                   By:_____/S/____Stephen M. Langley_____

Stephen M. Langley – ARDC # 6280430
**Schirger, Monteleone & Hampilos, P.C.**
308 W. State St. – Suite 210
Rockford, IL 61101
(815) 962-0044