**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Kenneth Polson

                Plaintiff,

v.                                           Case No.: 3:08–cv–50138
                                                   Honorable Philip G. Reinhard

Megan Polson

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Philip G. Reinhard: Petitioner's Motion for extension of time to file [18] a memorandum of law regarding the issue of where a child is "located" is granted. Memorandum due date extended to August 18, 2008 for both Petitioner and Respondent. Electronic notice(jat, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.