# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50138 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Polson vs. Polson | | |

**DOCKET ENTRY TEXT:**

Parties' agreed motion to transfer case [20] is granted. The clerk is directed to transfer this case to the United States District Court, Southern District of Illinois, Benton Division as the child is currently located in that district and division, see 42 U.S.C. § 11603(b); 28 U.S.C. § 1406(a). Briefing schedule set by order [16] dated 7/24/08 and modified by order [19] dated 8/4/08 is stricken as moot. Enter Order.

*/s/ Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|