IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
AUG 0 4 2008

| | | |
|---|---|---|
| KENNETH POLSON, | ) | JUDGE PHILIP G. REINHARD |
| | ) | UNITED STATES DISTRICT COURT |
| Petitioner, | ) | CASE NO. 08–cv–50138 |
| | ) | |
| –vs– | ) | |
| | ) | ASSIGNED JUDGE: REINHARD |
| MEGAN POLSON, | ) | |
| | ) | |
| Respondent. | ) | MAG. JUDGE: MAHONEY |

## AGREED MOTION & ORDER

NOW COME the Petitioner, KENNETH POLSON, and the Respondent, MEGAN POLSON, by and through their attorneys, and by mutual agreement of the parties, move this Court to transfer the above case to the United States District Court for the Southern District of Illinois.

**DATED: AUGUST 4, 2008.**

Kenneth Polson, Petitioner

By: *[signature]*
Stephen Langley, Esq.

**ENTER:**

By: *[signature]*
Hon. Philip G. Reinhard

Megan Polson, Petitioner

By: *[signature]*
Diane Elliott, Esq.

Prepared by:
Stephen M. Langley – ARDC # 6280430
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 W. State St. – Suite 210
Rockford, IL 61101
(815) 962-0044