

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

MICHAEL W. DOBBINS
CLERK

815-987-4354

August 5, 2008

United States District Court
Southern District of Illinois
301 West Main Street
Benton, IL 62812

RE:   Kenneth Polson v. Megan Polson
      Our Case Number: 08-cv-50138

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by Judge Reinhard. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package.   (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Jennifer Titak, Deputy Clerk

Enclosures
New Case No. _____          Date _____